IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CUILLIAEAN RAS,**

    *Plaintiff,*

v.                                Case No.: 1:24cv240-MW/HTC

**BRIAN S. KRAMER,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. The Magistrate Judge recommends dismissal for failure to comply with Court Orders and because he has failed to provide this Court with a valid address. This Court has independently verified that every Order entered in this case has been returned as undeliverable and that Plaintiff has never updated his mailing address with this Court, despite it being his responsibility to keep this Court apprised of his correct mailing address. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED**

**without prejudice** for failure to comply with Court Orders." The Clerk shall close the file.

      **SO ORDERED on March 5, 2025.**
                                       <u>*s/Mark E. Walker*</u>
                                       **Chief United States District Judge**